**ORIGINAL**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GREGORY M. DEMERS, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> LARRY J. WOODARD, et al, <br><br> Defendants. | CIVIL ACTION FILE <br><br> NO. 1:03-cv-79-WBH |

## JUDGMENT

This action having come before the court, Honorable Willis B. Hunt, Jr., United States District Judge, for consideration of defendants' motion for summary judgment, and the court having granted said motion, it is

**Ordered and Adjudged** that the plaintiffs take nothing; that the defendants recover their costs of this action, and the action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 5th day of May, 2003.

LUTHER D. THOMAS
CLERK OF COURT

By: _____
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  May 5, 2003
Luther D. Thomas
Clerk of Court
By: _____
Deputy Clerk